UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HONEYWELL SAFETY PRODUCTS USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> STUDEBAKER DEFENSE GROUP, LLC, <br><br> Defendant. | Case No. 1:21-cv-07484-PAE |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Honeywell Safety Products USA, Inc. ("Plaintiff") hereby discontinues and dismisses, without prejudice, all claims asserted by Plaintiff against Defendant Studebaker Defense Group, LLC ("Defendant"). No answer has yet been filed by Defendant.

Dated: Newark, New Jersey
        November 17, 2021

                                                     **K&L GATES LLP**

                                                     s/ Loly G. Tor
                                                     Loly G. Tor, Esq.
                                                     loly.tor@klgates.com
                                                     One Newark Center, 10th Floor
                                                     Newark, NJ 07102
                                                     P: 973-848-4000
                                                     F: 973-848-4001
                                                     *Attorneys for Plaintiff Honeywell Safety Products USA, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of November, 2021, a true and correct copy of the foregoing **NOTICE OF DISMISSAL WITHOUT PREJUDICE** was served via ECF on counsel of record for Defendant Studebaker Defense Group LLC.

s/ Loly G. Tor  
Loly G. Tor, Esq.